Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST CARPENTERS HEALTH AND SECURITY TRUST; NORTHWEST CARPENTERS RETIREMENT TRUST; NORTHWEST CARPENTERS INDIVIDUAL ACCOUNT PENSION TRUST; NORTHWEST CARPENTERS VACATION TRUST; and CARPENTERS-EMPLOYERS APPRENTICESHIP AND TRAINING TRUST FUND OF WASHINGTON-IDAHO,<br><br>    Plaintiffs,<br><br> v.<br><br>ANKER CONSTRUCTORS LLC, a Washington limited liability company; TYLER R. HENDRICKSON, an individual; and DEREK T. HUHTA, an individual,<br><br>    Defendants. | Case No. 2:22-cv-01118-TSZ<br><br>STIPULATION AND ORDER VACATING ORDER OF DEFAULT |

## **STIPULATION**

Plaintiffs Northwest Carpenters Health and Security Trust, Northwest Carpenters Retirement Trust, Northwest Carpenters Individual Account Pension Trust, Northwest Carpenters Vacation Trust, and Carpenters-Employers Apprenticeship and Training Trust Fund of Washington-Idaho (the Northwest Carpenters Trusts) and Defendants Anker Constructors LLC,

STIPULATION AND ORDER VACATING ORDER OF DEFAULT – 1
2:22-cv-01118-TSZ

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Tyler R. Hendrickson, and Derek T. Huhta, by and through their respective counsel of record, stipulate to the following:

1. Plaintiffs obtained an order of default on October 27, 2022 against all three Defendants (Dkt. #14);

2. Defendants have made a formal appearance on February 3, 2023 (Dkt. #20); and

3. The Parties wish to vacate the order of default (Dkt. #14) and proceed on the merits.

\\

\\

Dated: February 3, 2023.
s/ Jeffrey G. Maxwell
Jeffrey G. Maxwell, WSBA #33503
**Barlow Coughran Morales & Josephson, P.S.**
1325 Fourth Avenue, Suite 910
Seattle, Washington  98101
(206) 224-9900 (t)
jeffreym@bcmjlaw.com

Counsel for Plaintiffs
Northwest Carpenters Trusts

Dated: February 3, 2023.
s/ Faye Rasch (email authorization)
Faye Rasch, WSBA #50491
**Wenokur Riordan PLLC**
600 Stewart Street, Suite 1300
Seattle, WA  98101
(206) 724-0846
faye@wrlawgroup.com

Counsel for Defendants
Anker Constructors LLC, Tyler Hendrickson, and Derek Huhta

STIPULATION AND ORDER VACATING ORDER OF DEFAULT – 2
2:22-cv-01118-TSZ

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

**ORDER**

This matter is before the Court on the Stipulation of the Parties through their respective counsel of record. The Court has considered the Stipulation, as well as the pleadings, files, and court records in this matter. Being otherwise fully advised, the Court ORDERS:

1. The Court's order of default dated October 27, 2022 (Dkt. #14) is vacated.

Dated: February  6 , 2023.

*Thomas S Zilly*

Honorable Thomas S. Zilly
United States District Judge

STIPULATION AND ORDER VACATING ORDER OF DEFAULT – 3
2:22-cv-01118-TSZ

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900