Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST CARPENTERS HEALTH AND SECURITY TRUST; NORTHWEST CARPENTERS RETIREMENT TRUST; NORTHWEST CARPENTERS INDIVIDUAL ACCOUNT PENSION TRUST; NORTHWEST CARPENTERS VACATION TRUST; and CARPENTERS-EMPLOYERS APPRENTICESHIP AND TRAINING TRUST FUND OF WASHINGTON-IDAHO,<br><br>Plaintiffs,<br>v.<br><br>ANKER CONSTRUCTORS LLC, a Washington limited liability company; DEREK T. HUHTA, an individual; and DEREK T. HUHTA, an individual,<br><br>Defendants. | Case No. C22-1118-SKV<br><br>ORDER DISMISSING DEFENDANT ANKER CONSTRUCTORS LLC |

This matter is before the Court on the stipulation between Plaintiffs, commonly known as the Northwest Carpenters Trusts, and Defendant Anker Constructors LLC, by and through their respective counsel of record. The Court has reviewed the stipulation as well as the pleadings, files, and records in this matter.

//

ORDER DISMISSING DEFENDANT ANKER CONSTRUCTORS LLC – 1
C22-1118-SKV

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Being otherwise fully advised, the Court ORDERS:

1. Defendant Anker Constructors LLC is dismissed;

2. Plaintiffs and Defendant Anker Constructors LLC are to bear their own attorney fees and costs in this matter; and

3. The Clerk of Court is directed to close the case.

Dated: August 15th, 2024.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER DISMISSING DEFENDANT ANKER CONSTRUCTORS LLC – 2
C22-1118-SKV

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900